**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Willie David BROWN, Defendant–
Appellant.**

No. 09–8195.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 29, 2010.

Decided: Nov. 12, 2010.

Willie David Brown, Appellant Pro Se. David Alan Brown, Sr., Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie David Brown appeals the district court's order denying a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Brown,* No. 3:93–cr–00264–MR–1 (W.D.N.C. Aug. 4, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*